**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Marna Wahl,

Plaintiff,

vs.

Waseca Medical Center-Mayo Health System and Dr. Ronald Ganelli,

Defendants.

**Civil No. 01-CV-645 JMR/AJB**

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DR. RONALD GANELLI TO ANSWER OR OTHERWISE PLEAD**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Kristin Miller and defendant Dr. Ronald Gannelli that Dr. Gannelli's time to answer or otherwise plead in this case is extended to and including June 1, 2001.

Dated: 5-11-01, 2001

Dr. Ronald Ganelli

908 Ninth Street S.E.
Waseca, MN 56093
(507) 835-8396

Dated: 5/10/01, 2001

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster, #53946
Nicholas G.B. May, #287106

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR MARNA WAHL

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: May 9, 2001

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Marcy R. Frost, #229933

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR WASECA MEDICAL CENTER-MAYO HEALTH SYSTEM

M1:750117.01

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated 5/14, 2001

BY THE COURT

Arthur J. Boylan
United States Magistrate Judge

M1:750117.01