**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Marna Wahl,

Civil No. 01-645 (JMR/AJB)

Plaintiff,

v.

**ORDER ON MOTION FOR PROTECTIVE ORDER**

Waseca Medical Center–Mayo Health System and Dr. Ronald Ganelli,

Defendants,

This matter is before the Court, United States Magistrate Judge Arthur J. Boylan, on plaintiff's motion for protective order relating to the length of depositions of plaintiffs in this matter and a second case entitled Miller v. Waseca Medical Center, et al., Court Civil File No. 01-644 (DSD/AJB). A recommendation to consolidate the Wahl and Miller cases is pending before the District Court. Hearing was held on December 11, 2001, at 638 U.S. Courthouse, 316 No. Robert St., St. Paul, Minnesota.

**IT IS HEREBY ORDERED** that plaintiff's motion for protective order is **denied** [Docket No. 9] without prejudice to the ability to re-file the motion in the event that the Wahl and Miller cases are consolidated. Such motion shall be scheduled before the assigned Magistrate Judge. It is **FURTHER ORDERED** that the parties shall submit to the assigned Magistrate Judge a proposed revised pretrial scheduling order, therein providing for appropriate scheduling of the consolidated actions.

Dated: 12/11/01

Arthur J. Boylan
United States Magistrate Judge

DEC 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK