UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KRISTIN MILLER, CIVIL NO. 01-644 (DSD/JMM)

Plaintiff,

v.

WASECA MEDICAL CENTER
MAYO HEALTH SYSTEM and
DR. RONALD GANELLI,

Defendants.

---

MARNA WAHL, CIVIL NO. 01-645 (DSD/JMM)

Plaintiff,

v.

WASECA MEDICAL CENTER
MAYO HEALTH SYSTEM and
DR. RONALD GANELLI,

Defendants.

ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the matters of Civil No. 01-644 (DSD/JMM) and Civil No. 01-645 (DSD/JMM) are consolidated for all purposes. The Clerk may close Civil File No. 01-645 (DSD/JMM), and merge the contents thereof with Civil File No. 01-644 (DSD/JMM).

FILED FEB 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. All pleadings hereafter filed in these consolidated matters shall bear the caption:

KRISTIN MILLER and
MARNA WAHL,

Plaintiffs,

v.

WASECA MEDICAL CENTER
MAYO HEALTH SYSTEM and
DR. RONALD GANELLI,

Defendants.

CIVIL NO. 01-644 (DSD/JMM)

3. Any party seeking to have the Court enter an Order dissolving the consolidation of these cases shall file a motion seeking such relief no later than March 8, 2002.

Dated: February 21, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The issues raised by each Complaint appear to involve basically the same transactions or occurrences. The Court has issued this Order of consolidation sua sponte, because these cases appear on the surface to so closely fit the standards set forth in Rule 42 of the Federal Rules of Civil Procedure. Since management of the cases will be facilitated by the early resolution of the issue of consolidation, a time has been fixed by which it must be presented for resolution.

J.M.M.